Jonathan Carlson (Nevada Bar No. 10536)
MCCORMICK BARSTOW LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: 702.949.1100
Facsimile: 702.949.1101
Email: Jonathan.Carlson@mccormickbarstow.com

Jeffrey S. Crowe (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone:714.513.5100
Facsimile: 714.513.5130
Email: jcrowe@sheppardmullin.com

Mary E. Gregory (*pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone:213.620.1780
Facsimile: 213.620.1398
Email: mgregory@sheppardmullin.com

Attorneys for Defendants
LM INSURANCE CORPORATION
AND THE OHIO CASUALTY
INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NEW PLI HOLDINGS, LLC, | Case No. 2:25-cv-02530-MMD-NJK |
| Plaintiff, | Hon. Miranda M. Du, District Judge<br>Hon. Nancy Koppe, Magistrate Judge |
| v. | |
| LM INSURANCE CORPORATION, and THE OHIO CASUALTY INSURANCE COMPANY, | **DEFENDANTS' NOTICE OF DISASSOCIATION OF COUNSEL** |
| Defendants. | Complaint Filed: December 18, 2025<br>FAC Filed: December 30, 2025 |

SMRH:4930-8058-4086.3                    DEFENDANTS' NOTICE OF DISASSOCIATION OF COUNSEL

**TO THE COURT, PLAINTIFF AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that David E. Dworsky, Esquire is no longer associated with Sheppard, Mullin, Richter & Hampton LLP and hereby disassociates as counsel of record for Defendants LM INSURANCE CORPORATION AND THE OHIO CASUALTY INSURANCE COMPANY ("Defendants") in the above-captioned matter.

McCormick Barstow LLP and Sheppard Mullin Richter & Hampton LLP will remain as counsel for Defendants.  All legal notices and service of documents on Defendants in this matter should continue to be sent to Jonathan Carlson, Jeffrey Crowe and Mary Gregory.

March 17, 2026

MCCORMICK BARSTOW LLP

By _____ */s/ Jonathan Carlson* _____
Jonathan Carlson
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____ */s/ Mary E. Gregory* _____
Jeffrey S. Crowe
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993

IT IS SO ORDERED.
Dated:  March 18, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Mary E. Gregory
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460

Attorneys for Defendants
LM Insurance Corporation and
The Ohio Casualty Insurance Company