J. Randall Jones, Esq. (NV Bar No. 1927)
Spencer H. Gunnerson, Esq. (NV Bar No. 8810)
Joseph Laurita, Esq. (NV Bar No. 16267)
KEMP JONES LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
r.jones@kempjones.com
s.gunnerson@kempjones.com
j.laurita@kempjones.com

Adam Ziffer (*pro hac vice*)
Chelsea L. Ireland (*pro hac vice*)
Melissa F. Rosenberg (*pro hac vice*)
COHEN ZIFFER FRENCHMAN & MCKENNA LLP
1325 Avenue of the Americas, 31st Floor
New York, New York 10019
Telephone: (212) 584-1890
Facsimile: (212) 584-1891
aziffer@cohenziffer.com
cireland@cohenziffer.com
mrosenberg@cohenziffer.com

*Attorneys for Plaintiff*
*New PLI Holdings LLC*

Jonathan Carlson, Esq. (NV Bar No. 10536)
MCCORMICK BARSTOW LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone: (702) 949.1100
Facsimile: (702) 949.1101
Jonathan.Carlson@mccormickbarstow.com

Jeffrey S. Crowe (*admitted pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: (714) 513.5100
Facsimile: (714) 513.5130
jcrowe@sheppardmullin.com

Mary E. Gregory (*admitted pro hac vice*)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460
Telephone: (213) 620.1780
Facsimile: (213) 620.1398
mgregory@sheppardmullin.com

*Attorneys for Defendants*
*LM Insurance Corporation and The Ohio Casualty Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NEW PLI HOLDINGS, LLC

Plaintiff,

v.

LM INSURANCE CORPORATION, and THE OHIO CASUALTY INSURANCE COMPANY,

Defendants.

Case No.: 2:25-cv-02530-MMD-NJK

**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff New PLI Holdings, LLC, and Defendants LM Insurance Corporation and The Ohio Casualty Insurance Company (collectively "the Parties"), by and through their respective attorneys of record, submit this Stipulation for Dismissal With Prejudice.

The Parties, having entered into a settlement agreement in this matter, stipulate that the above-captioned action be dismissed in its entirety as to all parties and with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: November 17, 2026

KEMP JONES, LLP

By: *_/s/ Joseph D. Laurita_*

J. Randall Jones, Esq.
(Nevada Bar No. 1927)
Spencer H. Gunnerson, Esq.
(Nevada Bar No. 8810)
Joseph D. Laurita, Esq.
(Nevada Bar No. 16267)
3800 Howard Hughes Parkway
17th Floor
Las Vegas, Nevada 89169

Dated: November 17, 2026

COHEN ZIFFER FRENCHMAN & MCKENNA, LLP

By: *_/s/ Chelsea Ireland_*

Adam Ziffer *(pro hac vice)*
Chelsea Ireland *(pro hac vice)*
Melissa F. Rosenberg *(pro hac vice)*
1325 Avenue of the Americas, 31st Floor, New York, New York 10019

*Attorneys for Plaintiff*
*New PLI Holdings, LLC*

Dated: November 6, 2026

MCCORMICK BARSTOW LLP

By: *_/s/ Jonathan Carlson_*

Jonathan Carlson, Esq.
(Nevada Bar No. 10536)
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

Dated: November 6, 2026

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: *_/s/ Mary E. Gregory_*

Jeffrey S. Crowe *(pro hac vice)*
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993

Mary E. Gregory *(pro hac vice)*
350 South Grand Avenue, 40th Floor
Los Angeles, California 90071-3460

*Attorneys for Defendants LM Insurance Corporation and The Ohio Casualty Insurance Company*

**ORDER**

Having considered the parties' Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that the case is hereby dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

U.S. DISTRICT JUDGE MIRANDA M. DU

DATED: November 18, 2026